UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANGELA REILLY, § | |
| § | |
| Plaintiff § | Case No.: 1:18-cv-00650 |
| § | |
| v. § | COMPLAINT AND DEMAND FOR |
| § | JURY TRIAL |
| DYNAMIC RECOVERY SOLUTIONS, INC. § | |
| § | (Unlawful Debt Collection Practices) |
| Defendant § | |
| § | |

## COMPLAINT

ANGELA REILLY ("Plaintiff"), by and through her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against DYNAMIC RECOVERY SOLUTIONS, INC. ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. § 1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3. Defendant conducts business in the State of Texas and as such, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Windcrest, Texas 78239.

6. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

7. Defendant is a debt collection company located at 135 Interstate Boulevard, Suite 6, Greenville, South Carolina 29615.

8. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692(a)(6), who repeatedly contacted Plaintiff in an attempt to collect a "debt" as defined by 15 U.S.C. §1692(a)(5).

9. Debt collection is the principal purpose of Defendant's business.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## FACTUAL ALLEGATIONS

11. Defendant collects, and attempts to collect, debts incurred, or alleged to have been incurred, for personal, family, or household purposes on behalf of creditors using the U.S. Mail, telephone and/or Internet.

12. By way of background, Defendant began contacting Plaintiff regarding an alleged consumer debt in or around May 2017.

13. Defendant's calls originated from the numbers including, but not limited to: (866) 636-0534. The undersigned has confirmed that this number belongs to Defendant.

14. Frustrated by the repeated collection calls, Plaintiff spoke to Defendant in or around May 2017 and requested that Defendant stop calling her.

15. Once Defendant knew its calls were unwanted any further calls could only have been for the purposes of harassing Plaintiff.

PLAINTIFF'S COMPLAINT

16. However, Defendant ignored Plaintiff's request and persisted in calling Plaintiff and specifically placed calls to Plaintiff in August 2017 knowing its calls were unwanted.

17. These calls were particularly frustrating to Plaintiff as Defendant often contacted her at inconvenient times, such as when she was at work.

18. Defendant's actions as described herein were taken with the intent to harass, upset and coerce payment from Plaintiff.

## COUNT I
### DEFENDANT VIOLATED §§ 1692d and d(5) OF THE FDCPA

19. A debt collector violates § 1692d of the FDCPA by engaging in conduct of the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

20. A debt collector violates § 1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

21. Here, Defendant violated §§ 1692d and 1692d(5) of the FDCPA by contacting Plaintiff within the one year period preceding the filing of this Complaint knowing at the time its calls were unwanted.

WHEREFORE, Plaintiff, ANGELA REILLY, respectfully prays for a judgment as follows:

    a. All actual damages suffered pursuant to 15 U.S.C. §1692k(a)(1);

b.  Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.  All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. §1693k(a)(3);

d.  Any other relief deemed appropriate by this Honorable Court.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ANGELA REILLY, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

Dated: August 1, 2018

By: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
aginsburg@creditlaw.com

4

PLAINTIFF'S COMPLAINT